**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DANNY HITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:19-cv-02072-CM-JPO |
| BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY, KANSAS, | ) ) ) ) ) |
| Defendant. | ) ) |

## CLERK'S EXTENSION OF TIME TO ANSWER

Defendant Board of County Commissioners of Johnson County, Kansas ("Defendant") respectfully requests an extension of 14 days under Local Rule 77.2 within which to answer, reply, or otherwise plead in response to Plaintiff's Complaint. Defendant was served with the Complaint on March 4, 2019, making its response to the Complaint due March 25, 2019. The 14-day extension sought herein would make the deadline April 8, 2019. The time originally prescribed for Defendant to plead has not expired.

WHEREFORE, Defendant is granted an additional 14 days—until April 8, 2019— to answer, reply, or otherwise plead in response to Plaintiff's Complaint.

    s/Colleen Abraham   03/06/2019
Deputy Clerk of the District Court
United States District Court, District of Kansas

Respectfully submitted,

/s/ Jeannie M. DeVeney
Jeannie M. DeVeney, #17445
Jennifer A. Schorgl, D. Kan. #78790
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO  64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
jdeveney@littler.com
jschorgl@littler.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2019, the above and foregoing was filed through the Court's CM/ECF software, which sent notice of the filing to the following counsel for Plaintiff:

Stephen C. Thornberry
Randall W. Brown
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 telephone
(816) 531-8385 facsimile
steve@ThornberryBrown.com
randy@ThornberryBrown.com

ATTORNEYS FOR PLAINTIFF

/s/ Jeannie M. DeVeney
Attorney for Defendant